**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
PAUL W. GRIMM
CHIEF UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560
(410) 962-3630 FAX

March 20, 2012

Gerald F. Gay, Esquire
Arnold, Sevel & Gay PA
809 Gleneagles Ct. Ste. 104
Towson, MD  21201

Alex S. Gordon, AUSA
36 South Charles Street
4th Floor
Baltimore, MD  21201

    **Re: Deborah L. Nicholson o/b/o E.R.N. v. Michael J. Astrue, Commissioner of Social Security, WDQ-11-69**

Dear Counsel:

    A copy of the Report and Recommendation of the United States Magistrate Judge is enclosed.  Any objections you wish to make thereto must be made in accordance with Federal Rule of Civil Procedure 72.  <u>NOTE:</u>  Failure to file timely objections to the findings and recommendations set forth in this Report and Recommendation may result in waiver of your right to appeal from a judgment of this Court based on such findings and recommendations.  Said objections must be received no later than April 3, 2012.

                      Very truly yours,

                        /s/
                        PAUL W. GRIMM
                        United States Magistrate Judge

cc:  Honorable William D. Quarles